# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-3506

Joseph Franklin

Appellee

v.

Al. Luebbers

Appellant

---

Appeal from U.S. District Court for the Eastern District of Missouri – St. Louis

(4:00-cv-01465-CEJ)

---

**ORDER**

Having reviewed the parties' briefs and the record in this expedited appeal, we conclude Joseph Franklin has not met his burden under 28 U.S.C. § 2254(d) to present sufficient evidence to warrant interference with the judgment of the Missouri courts nor has Franklin proffered sufficient evidence to show a likelihood of success on the merits to support a stay of execution. See Panetti v. Quarterman, 551 U.S. 930, 946-47, 956-57, 961 (2007). Determining the district court abused its discretion, we reverse the district court's stay of execution.

November 19, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans